IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 OCT 29 A 10: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| CHRISTOPHER JON KARPOVICH, an individual; | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No.: |
| LISA DANDRIDGE, an individual; FEDERAL EMERGENCY MANAGEMENT AGENCY, a government entity; | ) )   1:07cv968-MEF ) ) ) |
| Defendants. | ) |

## COMPLAINT

1. Plaintiff, Christopher Jon Karpovich, upon information and belief, is a resident citizen of Houston County, Alabama and is over the age of nineteen (19) years.

2. Defendant, LISA DANDRIDGE, upon information and belief, is a resident citizen East Baton Rouge County, Louisiana and is over the age of nineteen (19) years.

3. Defendant, FEDERAL EMERGENCY MANAGEMENT AGENCY ("FEMA") is a governmental entity, organized under the laws of the United States and at all times relevant hereto, was the employer and/or principal of Defendant, Lisa Dandridge.

4. Plaintiff avers that the incident made the basis of these claims occurred in or around Tangipahoa, Louisiana, on or about August 16, 2006.

## JURISDICTION

5. Jurisdiction is founded under the provisions of 28 U.S.C. § 1346(b), which grants this court original jurisdiction over civil actions for claims arising out of the negligent or wrongful acts or omissions of any employee of the Government while acting within the scope of his office or employment, where the United States, if a private person, would be liable under the law of the place where the act or omission occurred.

## COUNT I

6. Plaintiff adopts and re-alleges paragraphs 1 through 5 as if fully set out herein.

7. On or about August 16, 2006 on Interstate 12 in Tangipahoa, East Baton Rouge County, Louisiana, at or about milepost 48.90, CHRISTOPHER JON KARPOVICH was operating his motor vehicle, a 2004 Ford F350 (VIN 1FTWW32P94ED72658).

8. At the aforesaid time and place, Defendant, LISA DANDRIDGE, an employee of Defendant, FEMA, while in the line and scope of her employment, negligently and/or wantonly operated her motor vehicle, 2006 Chevrolet Cobalt (VIN 1G1AK15F967736638), so as to cause or allow said vehicle to strike the Plaintiff's vehicle. Said negligent and/or wanton conduct was the proximate cause of Plaintiff's injuries and damages hereinafter described.

9. At all times relevant hereto, Defendant, FEMA, as the employer and/or principal of Defendant, LISA DANDRIDGE, who was acting within the line and scope of her employment at the time of the aforesaid negligent and/or wanton conduct, was

vicariously responsible for the actions of its employee and/or agent and is therefore, liable for the injuries and damages caused to the Plaintiff.

10.   In accordance with the requirements set forth in 28 U.S.C. 2675, Plaintiff submitted a Standard Form 95, via certified mail, to Defendant, FEMA, on December 26, 2006, thereby providing notice of his claim for injuries and damages within the six month period prescribed.

11.   Defendant, FEMA, failed to make final disposition of Plaintiff's claim within the six-month period allotted in 28 U.S.C. 2675; therefore, Plaintiff is filing this action to recover for the aforesaid wrongful acts which caused his injuries and damages.

12.   As a proximate result of the aforesaid negligent and/or wanton conduct, CHRISTOPHER JON KARPOVICH, was injured and damaged as follows:

 (a) Plaintiff was caused to suffer damage the damage to the discs in the lumbar region of his back, with contusions and muscular strain.

 (b) Plaintiff was caused and will be caused in the future to suffer great physical pain, emotional distress and anguish.

 (c) Plaintiff was caused and will be caused in the future to expend large sums of money in the nature of doctor, hospital, prescription, physical therapy, and other medical expenses in and about an effort to heal and cure said injuries.

 (d) Plaintiff was caused to be permanently unable to pursue many of his normal and usual activities.

 (e) Plaintiff was caused to lose time from his employment.

 (f) Plaintiff's property was damaged, in that his vehicle sustained extensive structural and aesthetic damages.

WHEREFORE, Plaintiff, CHRISTOPHER JON KARPOVICH, demands judgment against Defendants, LISA DANDRIDGE and FEMA, in the sum of SEVEN HUNDRED FIFTY THOUSAND DOLLARS ($750,000.00) as compensation for his

injuries and damages as herein alleged and for his pain, suffering, and mental anguish associated with said injuries.

_____
JOSHUA L. FIRTH (ASB-2783-S68F)
Attorney for the Plaintiff

**OF COUNSEL:**

HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street, Suite 1500
Birmingham, AL 35203
(205) 324-3600
(205) 324-3636 Facsimile
joshf@hollis-wright.com

**REQUEST FOR CERTIFIED MAIL SERVICE BY CLERK**

Plaintiff hereby requests that the clerk serve the defendant by certified mail, return receipt requested.

_____
JOSHUA L. FIRTH

**PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL AS FOLLOWS:**

Lisa Dandridge
12232 Lazy Oak Drive
Baker, LA 70714-6036

Federal Emergency Management Agency
Office of the General Counsel
500 C Street S.W.
Washington, D.C. 20472

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000982
Cashier ID: brobinso
Transaction Date: 10/29/2007
Payer Name: HOLLIS WRIGHT PC
--------------------------------------
CIVIL FILING FEE
 For: HOLLIS WRIGHT PC
 Case/Party: D-ALM-1-07-CV-000968-001
 Amount:         $350.00
--------------------------------------
CHECK
 Check/Money Order Num: 11015
 Amt Tendered: $350.00
--------------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:      $0.00

CARPOVICH V. DANDRIDGE ET AL
```