AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__  District of  __ALABAMA__

CHRISTOPHER JON KARPOVICH

V.

LISA DANDRIDGE, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1:07-cv-968-MEF

TO: (Name and address of Defendant)

Lisa Dandridge
12232 Lazy Oak Drive
Baker, LA 70714-6036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joshua L. Firth
505 North 20th Street
Suite 1500
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  10/31/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CHRISTOPHER JON KARPOVICH

V.

LISA DANDRIDGE, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:07-CV-968-MEF

TO: (Name and address of Defendant)

Federal Emergency Management Agency
Office of the General Counsel
500 C Street S.W.
Washington, D.C. 20472

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joshua L. Firth
505 North 20th Street
Suite 1500
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE   10/31/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CHRISTOPHER JON KARPOVICH

V.

LISA DANDRIDGE, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-968-MEF

TO: (Name and address of Defendant)

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joshua L. Firth
505 North 20th Street
Suite 1500
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*   10/31/07

CLERK   DATE

*Von Aunter*

(By) DEPUTY CLERK