CERTIFIED MAIL

7006 3450 0002 9206

Ms. Lisa Dandridge
12232 Lazy Oak Drive
Baker, LA 70714-6036

U.S. District Clerk's Office, Middle District
P.O. Box 711
Montgomery, AL 36101

RECEIVED
2007 NOV -7 A 9:44
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

708 NFE 1 C06C 00 11/04/07
RETURN TO SENDER
DANDRIDGE
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 36101071111 *2539-16215-01-30

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE    District of    ALABAMA

CHRISTOPHER JON KARPOVICH

V.

LISA DANDRIDGE, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:07-cv-968-MEF

TO: (Name and address of Defendant)

Lisa Dandridge
12232 Lazy Oak Drive
Baker, LA 70714-6036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joshua L. Firth
505 North 20th Street
Suite 1500
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  10/31/07