AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

CHRISTOPHER JON KARPOVICH

V.

LISA DANDRIDGE, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07CV968-MEF

TO: (Name and address of Defendant)

Leura Canary
United States Attorney's Office
P.O. Box 197
Montgomery, AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joshua L. Firth
505 North 20th Street
Suite 1500
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 11/14/07