| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernest L Parker_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) NOV 05 2007<br>C. Date of Delivery |
| 1. Article Addressed to:<br><br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington DC. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07CV968 SVC |
|  | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 3450 0002 9206 7083 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540