**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leura Garrett Canary
P.O. Box 197
Montgomery, AL 36101-0197

07cv968

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
S. Barnard                        19 Nov 07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0005 4873 0720

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540