## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER JON KARPOVICH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-00968-MEF |
| | ) |
| **LISA DANDRIDGE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW** CHRISTOPHER JON KARPOVICH, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

☒   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Ellenburg Construction Company | Employer |

| | |
|---|---|
| 12/5/07 | /s/ Joshua L. Firth |
| Date | JOSHUA L. FIRTH (ASB-2783-S68F) |
| | Counsel for Christopher Jon Karpovich |

OF COUNSEL:
Hollis, Wright & Harrington, P.C.
505 N. 20th Street, Suite 1500
Birmingham, AL 35203
(205) 324-3600
(205) 324-3636 Facsimile

# CERTIFICATE OF SERVICE

I, Joshua L. Firth, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 5th day of December, 2007, to:

Federal Emergency Management Agency
Office of General Counsel
500 C. Street S.W.
Washington, D.C., 20472


12/5/07                               /s/ Joshua L. Firth
Date                                  OF COUNSEL