IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER JON KARPOVICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **1:07-cv-968-MEF** |
| | ) |
| LISA DANDRIDGE, et al. | ) |
| | ) |
| Defendants. | ) |

**THE UNITED STATES' MOTION FOR ENLARGEMENT OF TIME**

Comes now the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for a 30-day enlargement of time, from January 18, 2008, to and including February 19, 2008, within which to file its responsive pleading or motion in the above-styled case. In support of this motion, the United States recites the following grounds:

1. The Unites States' answer or responsive motion is currently due on January 18, 2008.

2. The litigation report has not been received from the Federal Emergency Management Agency (FEMA). Said litigation report is essential in the compilation of the answer or other response.

3. Moreover, the United States Attorney's office does not have access to facts and information critical to the preparation of a response in this matter other than through FEMA and the above-referenced litigation report prepared by FEMA.

4. The United States will require until February 19, 2008, to properly evaluate its defenses and prepare a responsive pleading or motion.

5. Plaintiff's attorney, Joshua L. Firth, Esq., has been contacted and consents to this request.

WHEREFORE, the United States moves this Court for an enlargement of time until February 19, 2008, to file its responsive pleading or motion.

Respectfully submitted this 17th day of January, 2008.

        LEURA G. CANARY
        United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Joshua L. Firth, Esquire.

    /s/R. Randolph Neeley
    Assistant United States Attorney

**2**