IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER JON KARPOVICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **1:07-cv-968-MEF** |
| | ) |
| LISA DANDRIDGE, et al. | ) |
| | ) |
| Defendants. | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

COME NOW the Federal Defendants, FEMA and Dandridge, in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or

- ☒ These parties are governmental entities, or

- ☐ There are no entities to be reported, or

- ☐ The following entities and their relationship to the party are hereby reported: None.

Dated this the 18th day of January, 2008.

          LEURA G. CANARY
          United States Attorney

By: s/R. Randolph Neeley
  R. RANDOLPH NEELEY
  Assistant United States Attorney
  Bar Number: 9083-E56R
  Post Office Box 197
  Montgomery, AL  36101-0197
  Telephone No.: (334) 223-7280
  Facsimile No.: (334) 223-7418
  E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of same to plaintiff's attorney, Joshua L. Firth.

          s/R. Randolph Neeley
          Assistant United States Attorney