## NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Karpovich v. Dandridge et al**

**Case Number:   1:07-cv-00968-MEF**

**Referenced Pleading: Corp Disc.  -  Doc. 14**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER JON KARPOVICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **1:07-cv-968-MEF** |
| | ) |
| LISA DANDRIDGE, et al. | ) |
| | ) |
| Defendants. | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

COME NOW the Federal Defendants, FEMA and Dandridge, in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ These parties are governmental entities, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported: None.

Dated this the 18th day of January, 2008.

                LEURA G. CANARY
                United States Attorney

      By: s/R. Randolph Neeley
       R. RANDOLPH NEELEY
       Assistant United States Attorney
       Bar Number: 9083-E56R
       Post Office Box 197
       Montgomery, AL  36101-0197
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail:** rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of same to plaintiff's attorney, Joshua L. Firth.

                s/R. Randolph Neeley
                Assistant United States Attorney