IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHRISTOPHER JON KARPOVICH,  )
            )
  Plaintiff,       )
            )
   v.         ) CIVIL ACTION NO.: **1:07-cv-968-MEF**
            )
LISA DANDRIDGE, et al.    )
            )
  Defendants.     )

## THE UNITED STATES' MOTION FOR ENLARGEMENT OF TIME

Comes now the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for an additional 10-day enlargement of time, from February 19, 2008, to and including February 29, 2008, within which to file its responsive pleading or motion in the above-styled case. In support of this motion, the United States recites the following grounds:

1. The Unites States' responsive pleading or motion was originally due on January 18, 2008. That deadline was extended in response to the defendant's first request to February 19, 2008.

2. Since that time the undersigned has been apprised of substantially all information necessary for the compilation of a responsive pleading or motion but is in need of additional information concerning Ms. Dandridge's status and activities on the date of the alleged accident.

3. Given personal commitments that required the undersigned to be out of the office on Friday, February 15, 2008, and the agency's counsel unavailability today, the necessary information cannot be retrieved in time to complete the answer or other response.

4.  The undersigned is confident that the matter at question can be quickly resolved once he and agency counsel have had the opportunity to discuss same and the defendant's responsive pleading or motion can thereafter be expeditiously filed.

5.  Finally, the undersigned assures this Court that but for unforeseen events or circumstances, he will not seek any further extensions of time to answer or otherwise respond.

6.  Plaintiff's attorney, Joshua L. Firth, Esq., has been contacted and consents to this request.

WHEREFORE, the United States moves this Court for an enlargement of time until February 29, 2008, to file its responsive pleading or motion.

Respectfully submitted this 19th day of February, 2008.

LEURA G. CANARY
United States Attorney

By: s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail: rand.neeley@usdoj.gov**

CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

plaintiff's attorney, Joshua L. Firth, Esquire.

 /s/R. Randolph Neeley_____
Assistant United States Attorney