IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHRISTOPHER JON KARPOVICH, )
 )
    Plaintiff, )
 )
    v. ) CIVIL ACTION NO.: **1:07-cv-968-MEF**
 )
LISA DANDRIDGE, et al. )
 )
    Defendants. )

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW defendant, the Federal Emergency Management Agency (FEMA), and pursuant to Rule 12 of the Federal rules of Civil Procedure, answers Plaintiffs' Complaint as follows:

### FIRST DEFENSE

Contributory Negligence.

### SECOND DEFENSE

Defendant denies that it breached any duty of care owed to Plaintiff.

### THIRD DEFENSE

The damages claimed by Plaintiff were not proximately caused by the accident at issue.

### FOURTH DEFENSE

The defendant FEMA reserves the right to assert further affirmative defenses as they become evident through discovery or investigation.

## FIFTH DEFENSE

As to defendant FEMA, the complaint fails to state a claim upon which relief can be granted.

## SIXTH DEFENSE

As to defendant FEMA, this Court is without jurisdiction on the basis of sovereign immunity.

## SEVENTH DEFENSE

NOW, having set forth certain of its defenses herein, defendant FEMA responds to the numbered paragraphs in Plaintiffs' Complaint as follows:

1. Defendant FEMA is without knowledge or information sufficient to admit or deny paragraph 1.

2. Defendant FEMA is without knowledge or information sufficient to admit or deny paragraph 2.

3. Defendant FEMA admits the allegations of paragraph 3 of the complaint, with the exception that it is without sufficient information, at present, to admit or deny that Lisa Dandridge was acting as its employee / principal at the time of the accident.

4. Defendant FEMA admits that defendant Lisa Dandridge, and the plaintiff were involved in automobile accident at or near the place alleged on or about the date alleged.

5. Paragraph 5 of the complaint is statement of jurisdiction to which no answer is required. To the extent that an answer is required, Defendant FEMA denies the allegations of paragraph 5.

6. Defendant FEMA adopts and re-alleges paragraphs 1 through 5 as is fully set out herein.

7. Defendant FEMA admits the allegations of paragraph 7 of the complaint.

8. Defendant FEMA denies that Lisa Dandridge negligently or wantonly operated her motor vehicle and that any negligent or wanton conduct on her part was the proximate cause of Plaintiff's injuries and damages as alleged in the complaint, and is without sufficient information to admit or deny that Lisa Dandridge was acting as an employee of the defendant FEMA at the time of the accident, but admits the remaining allegations of paragraph 8 of the complaint.

9. Defendant FEMA is without sufficient information to admit or deny that defendant Lisa Dandridge was acting within the line and scope of her employment, and denies that she acted negligently or wantonly and therefore denies that it is vicariously liable for Plaintiff's any alleged injuries and damages.

10. Defendant FEMA admits the allegations of paragraph 10 of the complaint.

11. Defendant FEMA admits the allegations of paragraph 11 of the complaint.

12. Defendant FEMA denies that any negligent or wanton conduct of Lisa Dandridge was the proximate cause of any of the alleged injuries and damages set forth in paragraph 12 of the complaint.

WHEREFORE, premises considered, Defendant FEMA denies Plaintiff is entitled to the recovery of any damages and requests, that upon such a finding, that it be awarded all costs to which it is entitled.

Respectfully submitted this 29th day of February, 2008.

           LEURA G. CANARY
           United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Joshua L. Firth, Esquire.

                                              s/R. Randolph Neeley
                                              Assistant United States Attorney