IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JON KARPOVICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: **1:07-cv-968-MEF** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION**

PLEASE TAKE NOTICE that pursuant to the Federal Employees Liability Reform

and Tort Compensation Act of 1988 §§ 5, 6, Pub. L. No. 100-694, 102 Stat. 4563 (1988)

(codified at 28 U.S.C. § 2679), the United States is hereby substituted for the individual

defendant, Lisa Dandridge, with respect to the plaintiffs' state law cause of action.  The

grounds for this substitution are:

1.      Plaintiff alleges that defendant Lisa Dandridge, while an employee of the

Federal Emergency Management Agency (FEMA), and while acting within the line and

scope of her employment, negligently operated an automobile.  As the proximate result of

Lisa Dandridge's alleged negligent acts, Plaintiff alleges he suffered physical injury to

and damage to the automobile which he was operating.  Plaintiff seeks an award of

damages to compensate for the losses alleged to have resulted from the actions of Lisa

Dandridge.

2.      The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680 (1988)

("FTCA"), as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 5, Pub. L. No. 100-694, 102 Stat. 4563 (1988), provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment. 28 U.S.C. § 2679(b)(1). This provision is applicable to the allegations of Plaintiff's complaint.

3.      Section 6 of the Federal Employees Liability Reform and Tort Compensation Act provides that upon certification by the Attorney General that a federal employee was acting within the scope of his office or employment at the time of the incident out of which a state law claim arises, any civil action arising out of the incident shall be deemed an action against the United States, and the United States shall be substituted as sole defendant with respect to those claims. 28 U.S.C. § 2679(d)(1), (2). The Attorney General has delegated certification authority to the United States Attorneys. 28 C.F.R. § 15.3 (1991).

4.      The United States Attorney for the Middle District of Alabama has certified that at the time of the conduct alleged, defendant Lisa Dandridge was acting within the scope of her employment. See Certification of Scope of Employment attached to this Notice of Substitution.

For the foregoing reasons, by operation of law, the United States has been substituted as the sole defendant with respect to the causes of action alleged in Plaintiffs'

complaint.

Respectfully submitted this 24th day of April, 2008.

LEURA G. CANARY
United States Attorney

By: s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail: rand.neeley@usdoj.gov**

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to plaintiff's attorney, Joshua L. Firth, Esquire.

/s/R. Randolph Neeley
Assistant United States Attorney

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

CHRISTOPHER JON KARPOVICH,      )
                                )
        Plaintiff,              )
                                )
        v.                      )   CIVIL ACTION NO.: **1:07-cv-968-MEF**
                                )
LISA DANDRIDGE, et al.          )
                                )
        Defendants.             )

**CERTIFICATION OF SCOPE OF EMPLOYMENT**

I, Leura G. Canary, United States Attorney for the Middle District of Alabama, United

States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679, and by virtue

of the authority vested in me by 28 C.F.R. § 15.3, hereby certify that defendant, Lisa Dandridge

was acting within the scope of her federal office or employment with the Federal Emergency

Management Agency (FEMA), at the time of the incident out of which this claim arises. I have

been apprised of the facts giving rise to this action and make this certification on the basis of the

information now available to me with respect to the incident referred to in the complaint.

Dated this _23rd_ day of April, 2008.

                        LEURA G. CANARY
                        United States Attorney
                        SJIS #GAR030