IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER JON KARPOVICH, an individual; ) ) ) Plaintiff, ) ) v. ) ) ) LISA DANDRIDGE, an individual; ) FEDERAL EMERGENCY MANAGEMENT ) AGENCY, a government entity; ) ) Defendants. ) | Civil Action No.: 1:07-cv-00968-MEF |

## NOTICE OF WITHDRAWAL

COMES NOW Joshua L. Firth of the law firm HOLLIS, WRIGHT & HARRINGTON, P.C. in the above matter and hereby gives notice to the Court and all parties that Joshua L. Firth and HOLLIS, WRIGHT & HARRINGTON, P.C. withdraw as counsel for the Plaintiff.

Our firm has been notified of new representation for the Plaintiff as Samuel A. Cherry, Jr. and the firm of COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR of Dothan, Alabama. Please forward all correspondence regarding the above matter accordingly.

/s/ Joshua L. Firth
JOSHUA L. FIRTH (ASB-2783-S68F)

**OF COUNSEL:**

HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street, Suite 1500
Birmingham, AL 35203
T:   (205) 324-3600
F:   (205) 324-3636
joshf@hollis-wright.com
www.hollis-wright.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all interested parties and counsel of record in this cause via electronic filing with the Court's CM/ECF system, this 24th day of July, 2008.

R. Randolph Neeley
Assistant U.S. Attorney
Middle District of Alabama
P.O. Box 197
131 Clayton Street
Montgomery, AL 36101-0197


/s/ Joshua L. Firth
OF COUNSEL