**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION**

| | |
|---|---|
| CHRISTOPHER JON KARPOVICH § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:07-cv-968-MEF |
| § | |
| UNITED STATES OF AMERICA, § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE

Comes now Benjamin A. Irwin of Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C., 163 W. Main Street, Dothan, Alabama 36301, and enters his appearance as counsel of record for the Plaintiff in the above-styled cause.

Dated: August 4, 2008                              Respectfully submitted,

**COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**

/s/ Benjamin A. Irwin
**BENJAMIN A. IRWIN**
163 W. Main Street
P. O. Box 927
Dothan, Alabama 36302
(334) 793-1555 – Phone
(334) 793-8280 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

R. Randolph Neeley
Rand.Neeley@usdoj.gov

/s/ Benjamin A. Irwin
**BENJAMIN A. IRWIN**