IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER JON KARPOVICH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:07-cv-968-MEF |
| ) | |
| FEDERAL EMERGENCY ) | |
| MANAGEMENT AGENCY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #24) filed on July 24, 2008 , it is hereby

ORDERED that the motion is GRANTED.

DONE this the 7th day of August, 2008.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE